# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 26, 2016

Clerk
United States Court of Appeals for the Second
Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:  Connie Patterson, Individually and on Behalf of All Others
            Similarly Situated, et al.
            v. Raymours Furniture Company, Inc.
            No. 16-388
            (Your No. 15-2820)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on September 22, 2016 and placed on the docket September 26, 2016 as No. 16-388.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Redmond K. Barnes
      Case Analyst